```
               IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| I.Z. | : | CIVIL ACTION |
| v. | : | |
| CITY OF PHILADELPHIA, et al. | : | NO. 17-1517 |

## ORDER

AND NOW, this 30th day of October, 2017, for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

(1) the motion of defendants the City of Philadelphia, Blanche Carney, and Michelle Farrell to dismiss Count III of the complaint (Doc. # 12) is DENIED; and

(2) the unopposed motion of defendants the City of Philadelphia, Blanche Carney, and Michelle Farrell to dismiss Count VIII of the complaint (Doc. # 12) is GRANTED.

                              BY THE COURT:


                              /s/ Harvey Bartle III
                                                  J.